# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 1, 2025

## NO. 03-24-00385-CV

**City of Austin, Appellant**

**v.**

**Katherine Michelle Miller, Appellee**

---

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS
AFFIRMED IN PART; REVERSED AND RENDERED IN PART—
OPINION BY JUSTICE CRUMP**

---

This is an appeal from the interlocutory order signed by the trial court on May 24, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error as to the trial court's denial of the City's plea to the jurisdiction as to Miller's common-law claim for negligent handling of a domesticated animal. Therefore, the Court affirms that portion of the trial court's order. The Court further holds that there was reversible error as to the trial court's denial of Miller's claim for strict liability. Therefore, the Court reverses the trial court's denial of the City's plea to the jurisdiction as to Miller's claim for strict liability and renders judgment dismissing that claim. The City of Austin shall pay all costs relating to this appeal, both in this Court and in the court below.